IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No: 1:21-CR-200 |
| | : | |
| MOUAAZ ELKHEBRI, | : | The Hon. Claude M. Hilton |
| | : | |
| Defendant. | : | |

## ORDER TO AMEND CONDITIONS OF RELEASE

WHEREAS defendant, Mouaaz Elkhebri, by counsel, requested the Court to amend his conditions of pretrial Conditions of Release to allow unrestricted access to the internet and gaming devices; and

WHEREAS it appears that conditions have been clarified so that such previously imposed restrictions are not necessary; and

WHEREAS it is represented that the government has no objection to the defendants request;

THEREFORE, it is ORDERED that the conditions listed by the letters (u) and (v) on page four of his Order Setting Conditions of Release are removed, thereby allowing unrestricted use of internet and gaming devices.

Feb. 9, 2022
DATE

Claude M. Hilton
Honorable Claude M. Hilton
United States District Judge