# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No: 1:21-CR-200 |
| | : | |
| MOUAAZ ELKHEBRI, | : | The Hon. Claude M. Hilton |
| | : | |
| Defendant. | : | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Comes Now, Mouaaz Elkhebri, and respectfully moves this Court to continue his sentencing hearing. As grounds for his motion, Mr. Elkhebri states the following:

1. Sentencing in this case is currently scheduled for March 11, 2022.

2. Mr. Elkhebri is engaged in ongoing discussions with the Government pertaining to his case. He respectfully submits that the interests of justice will be served by allowing him additional time to consult with the Government regarding his case.

3. Counsel for Mr. Mouaaz has consulted with the Government, who does not oppose the request to continue sentencing.

4. Both parties are available for a sentencing hearing any day during the first week of April (April 4-8) or the last week of April (April 25-29).

Accordingly, Mr. Elkhebri requests that sentencing in this case be continued.

Respectfully submitted,

_____/s/_____
Joni C. Robin
Virginia Bar No. 44502

*Counsel for Mouaaz Elkhebri*
Law Office of Joni C. Robin, PLLC
114 N. Alfred Street
Alexandria, Virginia 22314
Tel. 703.349.1111
Fax. 571-279-6851
*e-mail*: joni@jonirobinlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 16th day of February, 2022, I will electronically file the foregoing Motion with the Clerk of Court using the CM/ECF system, which will then send a notification of said filing (NEF) to counsel of record.

                                              _____/s/_____
                                                        Joni Robin