IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No: 1:21-CR-200 |
| | : | |
| MOUAAZ ELKHEBRI, | : | The Hon. Claude M. Hilton |
| | : | |
| Defendant. | : | |

### ORDER TO CONTINUE

On Motion of the defendant, the Government having consented to the motion, and for good cause shown, the Court hereby orders that the sentencing hearing in the above-captioned case shall be continued until _____ at _____ a.m.

It is ORDERED this \_\_\_ day of February 2022.

_____
UNITED STATES DISTRICT JUDGE